UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BERING STRAIT SCHOOL DISTRICT,

    Plaintiff,

  v.

SAFECO INSURANCE CO.,

    Defendant.

Case No. C06-658RSL

ORDER OF DISMISSAL

On May 17, 2006, the Court granted defendant's motion to compel. Because the only relief requested in this action was an order to compel and the Court granted that relief, the Court ordered the parties to show cause within ten days of the date of the order why this case should not be closed. Neither party responded to the Order to Show Cause. Therefore, this matter is DISMISSED, and the Clerk of the Court is directed to close this case.

DATED this 5th day of June, 2006.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL